TRINA A. HIGGINS, United States Attorney (#7349)
CARL D. LESUEUR, Assistant United States Attorney (#16087)
LUISA GOUGH, Assistant United States Attorney (#17221)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ZACHARY BASSETT and<br>MASON WARR,<br><br>    Defendants. | Case No. 2:23-CR-00039-HCN<br><br>UNTIED STATES' NOTICE OF INTENT TO USE INTRINSIC EVIDENCE OF CONSPIRACY AND 404(b) EVIDENCE<br><br>Honorable Howard C. Nielson, Jr. |

PLEASE TAKE NOTICE[1] that the United States intends to introduce the following evidence as intrinsic evidence of the charged offenses in Counts 2-25 and the conspiracy to commit those offenses as charged in Count 1:

- As intrinsic evidence of the conspiracy's operation, and evidence of the Defendants' knowledge, intent, and lack of mistake, evidence that the Defendants and those acting at their direction or with their permission filed falsified W2s claiming wages were paid that were not, in order to cover up ineligibility for ERC credits and sick leave and family leave wage credits;

- As intrinsic evidence of the conspiracy's operation, and evidence of the Defendants' knowledge, intent, and lack of mistake, evidence that the Defendants and those acting at their direction or with their permission backdated the existence of S-

---

[1] The United States requests leave to file this notice, although a few days after the trial order deadline. The United States respectfully submits there is no prejudice in the delay, because most of these items, if not all, had been discussed verbally with defense counsel and trial is yet four weeks away. The United States further submits that there is good excuse for the delay. Namely, the United States has new trial counsel that is working with all reasonable diligence to review the discovery, procedural history of the case, and prepare for trial.

- Corporations to earlier dates in order to be able to claim the ERC and credits for sick leave wages and family leave wages, regardless of whether the entities were actually in operation at those earlier times;

- As intrinsic evidence of the conspiracy's operation, and evidence of the Defendants' knowledge, intent, and lack of mistake, that the Defendants directed clients that they should wait to claim their spouses as employees until the spouse's unemployment benefits were paid out;

- As intrinsic evidence of the conspiracy's operation, and evidence of the Defendants' knowledge, intent, lack of mistake, and consciousness of guilt, that the Defendants (1) threatened employees who criticized their practices; (2) after learning of the investigation, coached potential witnesses, including clients and employees, on how to respond to the IRS; (2) after learning of the investigation, promised a witness and employee Grant Walker an "amazing" financial future if he would accept sole responsibility for the past and future of their ERC program; and

- As evidence of the Defendants' intent and lack of mistake, evidence of the Defendants' "promissory note" program. That is, the Defendants encouraged clients to obtain COVID relief EIDL loans for the purposes of loaning the loan proceeds to COS Accounting, essentially using the clients as strawmen to obtain EIDL loan proceeds for COS Accounting itself.

The United States has not attempted to identify all evidence intrinsic to the offenses, but only that intrinsic evidence that might also independently qualify for admission under Rule 404(b) of the Federal Rules of Evidence. The United States reserves the right to amend this notice as its investigation and trial preparations continue.

DATED:   Salt Lake City
         August 12, 2024

Respectfully submitted,

TRINA A. HIGGINS
United States Attorney

By: /s/ Carl D. LeSueur
CARL D. LESUEUR
LUISA GOUGH
Assistant United States Attorneys