Kathryn N. Nester (UT #13967)
Wendy M. Lewis (UT #5993)
NESTER LEWIS PLLC
40 South 600 East
Salt Lake City, UT  84102
(801) 535-4375
kathy@nesterlewis.com
wendy@nesterlewis.com

Attorneys for Zachary Bassett

Trinity Jordan (15875)
Aaron B. Clark (15404)
DENTONS DURHAM JONES PINEGAR
111 South Main Street, Ste. 2400
Salt Lake City, Utah 84101
Telephone: (801) 415-3000
trinity.jordan@dentons.com
aaron.clark@dentons.com

Attorneys for Mason Warr

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ZACHARY BASSETT,<br><br>  Defendant. | **JOINT RESPONSE OF DEFENDANTS BASSETT AND WARR TO GOVERNMENT'S MOTION TO SEVER COS ACCOUNTING**<br><br>Case No. 2:23-cr-00039<br><br>Magistrate Judge Jared C. Bennett |

1

SL_6939993.1

COMES NOW Defendants Zachary Bassett and Mason Warr, by and through their counsel of record and respectfully file this joint response in opposition to Government's Motion to Sever COS Accounting. In support thereof, Mr. Bassett and Mr. Warr offer the following:

1. The Government has requested a severance of COS Accounting due to its absence and failure to appear in this case.

2. The Government's severance motion presented several options to the Court as to how the Court might handle the appearance of COS based on similar cases throughout the country.

3. Severance is the option that will result in the most expense to all parties and flies in the face of judicial economy. Trying the exact same case twice will result in a minimum of three additional weeks on the Court's docket, multiple trips to Court for the witnesses and counsel and identical facts presented twice as evidence at trial.

4. If the Government is not willing to opt for one of the other solutions to accomplish the appearance of COS Accounting, the government should dismiss the entity as a defendant. In light of the fact that the entity appears to be indigent, a trial against it seems pointless as the only possible punishment would be an uncollectible money judgment.

DATED this the 20th day of August, 2024.


/s/ *Kathryn N. Nester*
Attorney for Zachary Bassett


*/s/ Aaron Clark*
Attorney for Mason Warr