TRINA A. HIGGINS, United States Attorney (#7349)
CARL D. LESUEUR, Assistant United States Attorney (#16087)
LUISA GOUGH, Assistant United States Attorney (#17221)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ZACHARY BASSETT and MASON WARR, Defendants. | Case No. 2:23-CR-00039-HCN REPLY IN FURTHER SUPPORT OF MOTION TO SEVER District Judge Howard C. Nielson, Jr. |

The Defendants only argument in opposition to severance is that they prefer dismissal of the Defendant who has not yet appeared. They present no argument that severance prejudices either of them. Rather, it will impose additional costs on everyone but them. And those costs are the result of their own intransigence and strategic decision not to cause their entity to make an appearance. Their interest in dismissal of the non-

1

appearing Defendant appears to confirm their continuing interest and control in the entity.

The United States respectfully submits the motion to sever COS Accounting should be granted.

DATED this 21st day of August, 2024.

                                          Respectfully submitted,

                                          TRINA A. HIGGINS
                                          United States Attorney

                                        By: */s/ Carl D. LeSueur*
                                              Carl D. LeSueur
                                              Luisa Gough
                                              Assistant United States Attorneys