TRINA A. HIGGINS, United States Attorney (#7349)
CARL D. LESUEUR, Assistant United States Attorney (#16087)
LUISA GOUGH, Assistant United States Attorney (#17221)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY BASSETT and MASON WARR,<br><br>Defendants. | Case No. 2:23-CR-00039-HCN<br><br>REQUEST TO AMEND MOTION IN LIMINE (ECF NO. 71) REGARDING KOHLER'S TESTIMONY, ARTICLES, AND VIDEOS<br><br>District Judge Howard C. Nielson, Jr. |

The United States requests to amend this motion in limine to include a request for the preclusion of Defendant Mason Warr's proposed Exhibit 504, in addition to his proposed Exhibits 501-503.[1] Exhibit 504 an internet video created by Mark Kohler on April 23, 2020 called "Round Two of Stimulus Act: What are my Options with PPP?" for the same reasons set forth in the original motion. The United States respectfully submits there is no prejudice, since the motion has not yet been heard and the parties' same

---

[1] Defendant Warr has graciously agreed to renumber his exhibits to begin with 501, so as to avoid overlap with the United States' exhibit numbering. Warr's Exhibits 1-3 are thus now Exhibits 501-503.

arguments and reasoning applies to this exhibit. No further briefing is required. (Defendant Warr's counsel agrees no further briefing is necessary, but Defendant Bassett's counsel has not yet responded.)

DATED this 29th day of August, 2024.

                                          Respectfully submitted,

                                          TRINA A. HIGGINS
                                          United States Attorney

                                 By: */s/ Carl D. LeSueur*
                                            Carl D. LeSueur
                                            Luisa Gough
                                            Assistant United States Attorneys